AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| TRUSTEES OF THE SOUTHWEST OHIO REGIONAL COUNCIL OF CARPENTERS PENSION PLAN, *et al.*, <br>*Plaintiffs* <br>v. <br>KARNAK CONCRETE LLC, <br>*Defendant* | Civil Action No. 1:20-cv-274 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiffs' motion for default judgment (Doc. 12) is GRANTED. Judgment in favor of Plaintiffs and against Defendant in the amount of $15,659.08.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Timothy S. Black, U.S. District Judge on a motion for default judgment (Doc. 12).

Date: 2/10/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*