# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SOUTHWEST OHIO REGIONAL COUNCIL OF CARPENTERS PENSION PLAN, et al.<br>　　Plaintiffs,<br><br>vs.<br><br>KARNAK CONCRETE, LLC,<br>　　Defendant. | Case No. 1:20-cv-274<br>Black, J.<br>Litkovitz, M.J.<br><br><br><br>**ORDER** |

This matter is before the Court on plaintiffs' Application for Writ of Garnishment. (Doc. 16). In the application, judgment creditor Ohio & Vicinity Carpenters' Fringe Benefit Funds, Inc. represents it obtained a judgment against judgment debtor Karnak Concrete, LLC on February 10, 2021, for the sum of $16,659.08. (*Id*.). The application seeks the issuance of a Writ of Garnishment against Karnak Concrete, LLC in the amount of $16,659.08 as the judgment has not been paid. (*Id*.).

The judgment entry referenced in the application granted plaintiffs judgment in the amount of $15,659.08, not $16,659.08 as mistakenly represented in the application. (Doc. 14). In addition, the Court entered an amended judgment on September 9, 2022 (Doc. 18), awarding attorney fees and costs, which are not reflected in the application.

Therefore, the plaintiffs' Application for Writ of Garnishment (Doc. 16) is **DENIED**, subject to reconsideration on the filing of an application consistent with the judgments.

**IT IS SO ORDERED.**

Date: 10/28/2022

_Karen L. Litkovitz_
Karen L. Litkovitz, Magistrate Judge
United States District Court